

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2021

No. 04-20-00561-CV

Enrique **LOPEZ,** Individually, and as Representative of the Estate of Tristan Lopez, Deceased,
Appellant

v.

**GUIDING LIGHT, LLC,**
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI21729
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file a reply brief is granted. We order the reply brief due July 15, 2021.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2021.

MICHAEL A. CRUZ, Clerk of Court